# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Adriena Levell Perkins,                          * From the 238th District
                                                   Court of Midland County,
                                                   Trial Court No. CR37750.

Vs. No. 11-12-00111-CR                           * February 28, 2013

State of Texas,                                  * Per Curiam Memorandum Opinion
                                                   (Panel consists of: Wright, C.J.,
                                                   McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.